Henry F. Lawrence, plaintiff in error, v. Emma J. Glos, defendant in error. Gen. No. 8,691.

 Opinion filed December 6, 1933. Rehearing denied January 10, 1934.

B. W. Rosenstone, for plaintiff in error; Weightstill Woods, of counsel. Hadley, Weaver & Woodward, for defendant in error; Charles W. Hadley, Palmer Leren and William C. Atten, of counsel.

Mr. Justice Huffman delivered the opinion of the court.

The City of Waukegan, appellee, v. Edith T. Higley et al., defendants, on appeal of George W. Cummings, appellant. Gen. No. 8,698.

 Opinion filed December 6, 1933.

McGilvray, Eames, Vaughan & Tilley, for appellant; Franklin E. Vaughan, of counsel. William R. Behanna, Corporation Counsel, for appellee; Charles L. Whyte, Jr., of counsel.

Mr. Justice Huffman delivered the opinion of the court.

Margaret A. Hess and J. L. Hess, trading as The Hess Agency, appellees, v. Howard Murray, appellant. Gen. No. 8,704.

 Opinion filed December 6, 1933. Rehearing denied January 10, 1934.

Henry C. Warner, for appellant. A. H. Hanneken, for appellees.

Mr. Justice Huffman delivered the opinion of the court.

Charles E. Berry, receiver of Farmers State Bank of Princeville, appellant, v. Frank German and Sue D. Redfern et al., appellees. Gen. No. 8,706.

Opinion filed December 6, 1933.

Clarence W. Heyl, for appellant. Galbraith & Monk, for appellee Frank German. C. R. Birkett, for appellee Sue D. Redfern.

Mr. Justice Huffman delivered the opinion of the court.